Form ltplnnot

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

---

*In Re:*  Karen Jones
**Debtor**

*Case No.:* 21−90281

*Chapter:*  13

---

## NOTICE

Notice is hereby provided:

On 5/18/21, the debtor(s) filed a Chapter 13 Plan (copy enclosed).

Objections to confirmation MUST be filed within 21 days after the date the Meeting of Creditors is concluded. If no objections are timely filed, the Court may enter an order confirming the Plan. The filing of a proof of claim does not constitute an objection to confirmation and will not prevent a claim from being modified pursuant to the terms set forth in the plan. In the event objections to confirmation are timely filed, a hearing will be scheduled on confirmation and any timely filed objections.

You will need to reference the Notice of Commencement of the case sent on 5/18/21 for other applicable deadlines.

Dated: 5/18/21

   /S/   Adrienne D. Atkins
Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.