Form gendefntc(gendefnt)

## UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* Karen Jones    *Case No.:* 21–90281
*Debtor*

*Chapter:* 13

## *DEFICIENCY NOTICE*

### *Notice is hereby provided:*

Submit Amended Matrix original matrix did not include creditors listed on late filed schedule D. Amended Matrix should include ONLY those creditors not included on the original matrix. PDF format.

Use Event Code: Bankruptcy>Miscellaneous Events>Amended Creditor Matrix (Fee)

**ANY ITEMS REQUESTED ON THIS FORM MUST BE FILED ON OR BEFORE 5/24/21**

*Dated:* 5/19/21

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　/S/  Adrienne D. Atkins
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.