Form domsup

# UNITED STATES BANKRUPTCY COURT

Central District of Illinois
203 U.S. Courthouse
201 S. Vine Street
Urbana, IL 61802

*In Re:* Karen Jones
*Debtor*

*Case No.:* 21–90281

*Chapter:* 13

## Notice Requiring Domestic Support Obligation Certification

### (Required to Obtain A Discharge)

*Notice is hereby provided:*

☑ The schedules you have filed indicate no domestic support obligations. During the pendency of this bankruptcy case, any domestic support obligations that become due under any order of a court or administrative agency or under any statute **must be disclosed to the court.**

Pursuant to 11 U.S.C. 1328, a debtor who is required to pay a domestic support obligation must certify, upon completion of plan payments, that all amounts due under *any* order of a court or administrative agency or under any statute have been paid. Failure to file this certification could result in a denial or revocation of discharge.

☐ The schedules you have filed indicate domestic support obligations. Pursuant to 11 U.S.C. 1328, a debtor who is required to pay a domestic support obligation must certify, upon completion of plan payments, that all amounts due under *any* order of a court or administrative agency or under any statute have been paid.

The *Certification of Domestic Support Obligations* is an Official form found on the court's webpage, at www.ilcb.uscourts.gov. Go to Forms>National Forms.

Do not file the Certification of Domestic Support Obligations <u>until completion of plan payments</u>.

The attorney for the debtor will be expected to file the *Certification of Domestic Support Obligations,* serve a copy on parties in interest, and file a certificate of service. It will be assumed that this duty is included within the fee disclosed at the inception of the case.

**The court will not grant a discharge if the debtor(s) required to pay a domestic support obligation during the pendency of the case fail to file the required Certification.**

*Dated:* 5/19/21

                                                                                  /S/   Adrienne D. Atkins
                                                                           Clerk, U.S. Bankruptcy Court

Go to *www.ilcb.uscourts.gov* for information regarding this court's *mandatory* electronic filing policy.